U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2019 FEB -5 P 2: 26

STEPHEN C. DRIES
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL J. PROPST,

    Defendant.

Case No. 18-CR- **19-CR-20**
[18 U.S.C. § 875(c), 47 U.S.C. § 223(a)(1)(C)]

**Green Bay Division**

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about June 12, 2018, in the State and Eastern District of Wisconsin and elsewhere,

**MICHAEL J. PROPST**

did knowingly and willfully transmit in interstate commerce a telephonic communication to Daycare Center A in the State of Indiana, and the communication contained a threat to injure the person of another.

In violation of Title 18, United States Code, Section 875(c).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 12, 2018, in the State and Eastern District of Wisconsin and elsewhere,

**MICHAEL J. PROPST**

did knowingly and willfully transmit in interstate commerce a telephonic communication to Daycare Center B in the State of Iowa, and the communication contained a threat to injure the person of another.

In violation of Title 18, United States Code, Section 875(c).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 12, 2018, in the State and Eastern District of Wisconsin and elsewhere,

**MICHAEL J. PROPST**

did knowingly and willfully transmit in interstate commerce a telephonic communication to Daycare Center C in the State of Indiana, and the communication contained a threat to injure the person of another.

In violation of Title 18, United States Code, Section 875(c).

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 12, 2018, in the State and Eastern District of Wisconsin and elsewhere,

**MICHAEL J. PROPST**

did utilize an interstate telecommunications device without disclosing his identity and with the intent to annoy, abuse, threaten, and harass a person at Daycare Center A in the State of Indiana who received the communication.

In violation of Title 47, United States Code, Section 223(a)(1)(C).

## COUNT FIVE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 12, 2018, in the State and Eastern District of Wisconsin and elsewhere,

**MICHAEL J. PROPST**

did utilize an interstate telecommunications device without disclosing his identity and with the intent to annoy, abuse, threaten, and harass a person at Daycare Center B in the State of Iowa who received the communication.

In violation of Title 47, United States Code, Section 223(a)(1)(C).

## COUNT SIX

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 12, 2018, in the State and Eastern District of Wisconsin and elsewhere,

**MICHAEL J. PROPST**

did utilize an interstate telecommunications device without disclosing his identity and with the intent to annoy, abuse, threaten, and harass a person at Daycare Center C in the State of Indiana who received the communication.

In violation of Title 47, United States Code, Section 223(a)(1)(C).

**A TRUE BILL:**

_____
FOREPERSON

Dated: 2/5/19

*[signature]*
MATTHEW D. KRUEGER
United States Attorney